**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH<br>425 Third Street, SW, Suite 800<br>Washington, DC 20024,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001,<br><br>    Defendant. | Civil Action No. 19-cv-00388-APM |

## ANSWER

Defendant United States Department of Justice ("Defendant" or the "Department"), through its undersigned attorneys, hereby responds to the Complaint (ECF no. 1).

The Department responds to the first unnumbered paragraph of the Complaint as follows:

This paragraph contains only a characterization of this lawsuit and the relief sought by Plaintiff Judicial Watch ("Plaintiff"), not an averment of fact to which a response is required.

The Department responds to the numbered paragraphs of the Complaint as follows:

1. This paragraph sets forth Plaintiff's assertion of jurisdiction and thus consists solely of a legal conclusion to which no response is required.

2. This paragraph sets forth Plaintiff's assertion of venue and thus consists solely of a legal conclusion to which no response is required.

3. The Department lacks information or knowledge sufficient to admit or deny Plaintiff's characterizations of itself in this paragraph.

4. Admit the first sentence. The second sentence contains only a conclusion of law, to which no response is required. Admit the third sentence.

5. Admit that by letter dated September 21, 2018, Plaintiff submitted a Freedom of Information Act ("FOIA") request to the Federal Bureau of Investigation ("FBI") and that the FBI is a component of the Department. The remainder of this paragraph consists only of a characterization of the aforementioned FOIA request, which speaks for itself and to which no response is required.

6. Admit.

7. The Department lacks information or knowledge sufficient to admit or deny whether Plaintiff submitted the request described in this paragraph and avers that the Department's Office of Information Privacy ("OIP"), which handles FOIA requests for records of the Attorney General and the Deputy Attorney General, has not located such a request.

8. Admit only that OIP has been unable to locate the request described in paragraph 7.

9. The Department lacks information or knowledge sufficient to admit or deny whether Plaintiff submitted the request described in this paragraph and avers that OIP has not located such a request.

10. Admit only that OIP has been unable to locate the request described in paragraph 9.

11. Admit that the Department has not produced records in response to the alleged FOIA requests or notified Plaintiff about specific records that will be produced or any right to appeal an adverse determination.

12. The Department repeats and re-alleges its answers to paragraphs 1-11.

13. Deny.

14. The first and third sentences of this paragraph consist solely of legal conclusions, to which no response is required. The Department denies the second sentence.

15. This paragraph consists solely of a legal conclusion, to which no response is required. The Department specifically denies that Plaintiff is deemed to have exhausted its administrative remedies with respect to the alleged FOIA requests referenced in paragraphs 7 and 9 of the Complaint.

The final unnumbered paragraph of the Complaint constitutes a prayer for relief to which no response is required, but insofar as an answer is deemed necessary, the Department denies that Plaintiff is entitled to the relief requested or any relief whatsoever. The Department specifically denies all allegations of the Complaint not otherwise answered herein.

## **DEFENSES**

1. Plaintiff failed to properly submit some of the FOIA requests at issue.

2. Plaintiff failed to exhaust its administrative remedies.

3. Plaintiff is not entitled to compel the production of records exempt from disclosure by one or more exemptions of the FOIA, 5 U.S.C. § 552.

Dated: April 24, 2019

                Respectfully submitted,

HASHIM MOOPPAN
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Serena Orloff*
SERENA M. ORLOFF
California Bar No. 260888
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12512
Washington, D.C. 20005
Tel: (202) 305-0167
Fax: (202) 616-8470
serena.m.orloff@usdoj.gov

Attorneys for Defendant